# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EARL STEELE,<br><br>        Plaintiff,<br><br>   v.<br><br>F. MARTINEZ,<br><br>        Defendant. | Case No.  1:25-cv-00187-BAM (PC)<br><br>ORDER DENYING RENEWED MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 11) |

   Plaintiff Joseph Earl Steele ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983.  On February 14, 2025, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915.  (ECF No. 7.)  On July 15, 2025, the Court screened Plaintiff's complaint and granted leave file an amended complaint (or file a notice of voluntary dismissal) within thirty days of service.  (ECF No. 9.)

   On August 18, 2025, Plaintiff filed a first amended complaint and a renewed motion to proceed *in forma pauperis*.  (ECF Nos. 10, 11.)  As the Court has already granted Plaintiff's request to proceed *in forma pauperis*, the instant motion, (ECF No. 11), is HEREBY DENIED as moot.[1]  The first amended complaint will be screened in due course.

IT IS SO ORDERED.

   Dated:   **August 21, 2025**            /s/ Barbara A. McAuliffe            
                                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's first amended complaint includes a form request to waive court fees, which is dated August 11, 2025.  (ECF No. 10 at 9-11.)  To the extent this request is a renewed motion to proceed *in forma pauperis*, it also is denied as moot.

1