UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EARL STEELE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. MARTINEZ,<br><br>　　　　Defendant. | No. 1:25-cv-00187 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 14) |

　　　　The magistrate judge screened the first amended complaint and issued findings and recommendations that this action be dismissed for failure to state a cognizable claim upon which relief may be granted. (Doc. 14.) The Court served the findings and recommendations on plaintiff and notified him that any objections were due within 14 days. (*Id.* at 7.) The Court also informed Plaintiff that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* at 8, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and time in which to do so has expired.

　　　　According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 1, 2025, (Doc. 14), are **ADOPTED**.
2. This action is **DISMISSED** for failure to state a cognizable claim upon which relief may be granted.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 8, 2025**

UNITED STATES DISTRICT JUDGE